# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 08-01364 JVS (MLGx) | Date | February 24, 2010 |
| Title | GlobalOptions Group Inc et al v. Justin Tyler Lowtrip et al | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| S. Mikhail for Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| John L Ross - Not Present | Michael D Lubrani - Not Present |

**Proceedings:**   (IN CHAMBERS)  ORDER TO SHOW CAUSE


All parties are ordered to show cause in writing within seven days why the Court should not impose sanctions on counsel and/or the parties for their failure to initiate and complete mediation by February 12, 2010.  (See Docket No. 26.)

The Court notes that it extended the date for completing mediation twice.  (Docket Nos. 24, 26.)  Compliance with the Court's scheduling orders is not optional.

| | | |
|---|---|---|
| 0 | : | 00 |
| Initials of Preparer | sdm | |